Ortiz, Plaintiff and Appellee, *v.* American Railroad Company, Defendant and Appellant.

Appeal from the District Court of Mayagüez in an Action for Damages.—Motion for New Trial.

No. 2105.—Decided July 15, 1920.

Decided on the grounds of the opinion delivered in the case of *Martí* v. *American Railroad Company, ante,* page 689.

*Messrs. F. G. Pérez Almiroty* and *G. H. Moscoso* for the appellant.

*Messrs. J. Sabater* and *F. Otero* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.